EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00180-003 |
|---|---|---|
| Plaintiff, | ) | SATISFACTION OF JUDGMENT |
| vs. | ) | AND RELEASE OF NOTICE OF LIEN |
| Kalani Alapai, | ) |  |
| Defendant. | ) |  |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on December 29, 2004, a Judgment in a Criminal Case

was entered against Kalani Alapai (SSN: XXX-XX-4783) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $100.00, a fine of -0- and a restitution of $3,014.92.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on January 27, 2005 at the Bureau of Conveyances, State of Hawaii, Document No. 2005-016140.

The special assessment, fine, and/or restitution amounts have been fully satisfied.

DATED: <u>July 12, 2006</u>, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By:_____
   EDRIC M. CHING
   Assistant U.S. Attorney
   Attorneys for Plaintiff

213.wp