PROB. 12B
(7/93)

ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 9 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court

## for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: KALANI ALAPAI          Case Number: CR 04-00180HG-03

Name of Sentencing Judicial Officer:  The Honorable Helen Gillmor
Chief U.S. District Judge

Date of Original Sentence: 12/23/2004

Original Offense:   BANK FRAUD, in violation of 18 U.S.C. § 1344, a Class B felony

Original Sentence:  Time Served followed by three (3) years of supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant serve 6 months of home detention with electronic monitoring arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office; 3) That the defendant provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 4) That the defendant remain employed on a full time basis and make child support payments. (Court advised the defendant that failure to make child support payments will be a violation of supervised release.)

It was also ordered that the defendant must pay restitution of $3,014.92 that is owed jointly and severally with codefendant Renan Grecia and is due immediately to Bank of Hawaii, with any remaining balance to be paid during the period of supervision on an installment basis according to the collection policy of the Probation

Prob 12B
(7/93)

2

Office but at a rate of not less than 10 percent of his monthly gross income.

<u>Type of Supervision:  Supervised Release   Date Supervision Commenced:  12/23/2004</u>

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

General Condition   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory).*

Special Condition No. 5   *That the defendant perform eight (8) hours of community service as directed by the Probation Office.*

## CAUSE

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

1. General Condition and Standard Condition No. 7   On 6/11/2007, the subject used methamphetamine.

During the past two-and-a-half years of supervised release, the subject has been compliant and posed no management problems. Specifically, he satisfied his monetary obligations, maintained stable housing and employment, successfully completed home detention with electronic monitoring and a substance abuse program, and remained drug-free. Despite his stability, the subject recently relapsed when he used methamphetamine on 6/11/2007.

On 6/14/2007, an unannounced home inspection was conducted at the subject's residence. During the inspection, the subject submitted to a drug test that was presumptive positive for methamphetamine. When questioned, he admitted that he smoked a couple of puffs of "ice" on 6/11/2007 with a long-time friend. The subject stated that it was an isolated incident and that he does not crave the drug. He appeared remorseful as he apologized for his relapse. At this time, the subject declined to participate in substance abuse treatment but will submit to random drug testing at Freedom Recovery Services. The specimen is pending laboratory confirmation.

Prob 12B
(7/93)

3

    Given the subject's overall stability during his term of supervision, we respectfully recommend that the Court allow the subject to remain under supervision and to modify his conditions of supervision as noted above. The subject has agreed to modify the General Condition of supervised release to allow drug testing consistent with the mandates of *United States v. Stephens*. This modification is warranted when considering the subject's substance abuse history and recent relapse.

    As a punitive sanction, Special Condition No. 5 will require the subject to participate in a community service project on 7/21/2007. The Honolulu Police Department and other community members are joining forces on this day to clean up the area near the Institute of Human Services (IHS) and Mahoney Hale. The subject has agreed to be a part of this clean up effort.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

JONATHAN K. SKEDELESKI
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 6/26/2007

Prob 12B
(7/93)

4

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____6·28·07_____
Date

PROB 49
(5/96)

# United States District Court

District of Hawaii

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

General Condition:   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory).*

Special Condition No. 5   *That the defendant perform eight (8) hours of community service as directed by the Probation Office.*

Witness: _____
JONATHAN K. SKEDELESKI
U.S. Probation Officer

Signed: _____
KALANI ALAPAI
Supervised Releasee

6-15-07
Date